**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CLEVON JENKINS,**<br>Plaintiff<br><br>**v.**<br><br>**SCOTT SCHWEIZER, et al.,**<br>Defendants | **CIVIL ACTION**<br><br><br>**NO. 21-1548** |

## <u>ORDER</u>

**Baylson, J.**                                                                    **July 21, 2021**

The Court has considered Plaintiff's Complaint (ECF 1), Defendant's Motion to Dismiss (ECF 3), and the related briefing (ECF Nos. 6, 7.)

For the reasons set forth in the foregoing memorandum, the Court **GRANTS** the Motion to Dismiss without prejudice, with leave to amend within thirty (30) days.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 21\21-1548 Jenkins v. Schweizer\20210721 MTD order.docx